| | |
|---|---|
| MADAY PEREZ LOPEZ | IN THE CIRCUIT COURT FOR THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |
| PLAINTIFF, | |
| V. | CASE NO. 2020-027536-CA-01 |
| ABERCROMBIE & FITCH STORES, INC., D/B/A HOLLISTER CO.. | FLORIDA BAR NO. 86955 |
| DEFENDANT. | |

_____/

## COMPLAINT FOR DAMAGES

**COMES NOW**, the Plaintiff, MADAY PEREZ LOPEZ, by and through her undersigned counsel, and hereby sues Defendant, ABERCROMBIE & FITCH STORES, INC., D/B/A HOLLISTER CO.., for damages and alleges as follows:

1. This is an action for damages that exceed the jurisdictional amount of Thirty Thousand and One Dollars ($30,001.00), exclusive of interest, costs and attorney's fees, thereby invoking the subject matter jurisdiction of this Court.

2. At all times material to this Complaint, Plaintiff, MADAY PEREZ LOPEZ, was a resident of Miami- Dade, Florida.

3. At all times material to this Complaint, Defendant, ABERCROMBIE & FITCH STORES, INC., D/B/A HOLLISTER CO.., was a foreign profit corporation authorized to do and was doing business in the State of Florida, more specifically in Miami-Dade County.

4. Venue is proper in Miami-Dade County, Florida as the incident giving rise to this complaint occurred in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

5. At all times material hereto, Defendant, ABERCROMBIE & FITCH STORES, INC., D/B/A HOLLISTER CO.., owned, operated, controlled, managed, maintained and/or was legally responsible for the subject premises located at or near 1455 NW 107th Ave, Miami, FL 33172.

6. At all times material hereto, Plaintiff, MADAY PEREZ LOPEZ, was a lawful business invitee of the subject premises.

7. On July 8, 2020, Plaintiff, MADAY PEREZ LOPEZ, while walking within the subject premises, slipped and fell on a dangerous condition resulting in severe and permanent injuries and substantial medical expenses.

8. The dangerous condition existed for a sufficient length of time so that Defendant knew and/or should have known of it.

## COUNT I
## (NEGLIGENCE/PREMISES LIABILITY AGAINST DEFENDANT, ABERCROMBIE & FITCH STORES, INC., D/B/A HOLLISTER CO..)

Plaintiff adopts and re-alleges the allegations contained in paragraphs one (1) through eight (8) of the Complaint as if fully incorporated herein and further states:

9. Defendant, ABERCROMBIE & FITCH STORES, INC., D/B/A HOLLISTER CO.., by and through its employees, servants, agents and/or representatives acting within the course and scope of their employment, owed a duty to maintain its premises in a reasonably safe condition so as to prevent injury to members of the public, including and in particular, Plaintiff, MADAY PEREZ LOPEZ.

10. Defendant, ABERCROMBIE & FITCH STORES, INC., D/B/A HOLLISTER CO.., by and through its employees, servants, agents and/or representatives acting within the course and scope of their employment, was negligent and/or breached its duty of care to the Plaintiff by committing the following acts and/or omissions, including but not limited to:

a. Failing to maintain the subject premises in a reasonably safe condition;

b. Failing to adequately mark, and/or identify dangerous or hazardous conditions, which it knew or should have known existed in the exercise of reasonable care;

c. Failing to repair and/or remedy a dangerous condition;

d. Failing to remedy a dangerous condition, which was known by the Defendant and/or should have been known by the exercise of reasonable care;

e. Failing to warn of the hazardous condition;

f. Failing to adopt policies, protocols, and procedure to prevent and/or remedy the dangerous condition;

g. Additional acts or omissions constituting a breach of the duty to use reasonable care and acts of negligence which will be revealed through discovery.

11. As a direct, proximate and reasonably foreseeable result of the negligence of the Defendant, ABERCROMBIE & FITCH STORES, INC., D/B/A HOLLISTER CO.., Plaintiff, MADAY PEREZ LOPEZ, suffered bodily injury and resulting pain and suffering, disability, inconvenience, scarring and disfigurement, mental anguish, loss of capacity for the enjoyment of life, lost wages, the loss of future earning capacity. Said losses are permanent and continuing and the Plaintiff will suffer from said losses in the future. Also, Plaintiff incurred and will continue to incur medical, rehabilitation and/or related expenses.

**WHEREFORE**, Plaintiff, MADAY PEREZ LOPEZ, by and through her undersigned counsel, prays for a judgment for damages against Defendant and any other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a trial by jury on all counts so triable as a matter of right together with all interrelated issues.

Pacin Levine, P.A.
*Attorneys for Plaintiff*
1150 NW 72nd Avenue, Suite 600
Miami, FL 33126
(305) 760-9085- Telephone
(786) 800-3611- Facsimile

By: *Signed electronically to avoid delay*
Ame Melia, Esq.
Florida Bar No. 86955
Pleadings Email: bipleadings@pl-law.com